[No. 54187-1-I. Division One. April 18, 2005.]

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, SUBCRIBING TO CERTIFICATE NO. A018F201, *Respondent*, v. NOREEN G. STRID ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-37551-9, Robert H. Alsdorf, J., entered April 27, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Baker and Appelwick, JJ.

[No. 54204-4-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ISSARA KEO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01884-2, Ronald L. Castleberry, J., entered April 7, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54226-5-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR D. GRENSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00398-1, Suzanne M. Barnett, J., entered April 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54266-4-I. Division One. April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JOSEPH BARYLAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09847-1, Paris K. Kallas, J., entered May 10, 2004. *Affirmed* by unpublished per curiam opinion.